HEZEKIAH PARK'S ADMR., *v.* SALLY PARK'S ADMR.

Decedents Estate—Disposition By Will.

Though the testator contemplated an equal division of his estate among his two classes of devisees, yet, choosing as he did, the specific property to be distributed to each, the emancipation of the slaves alloted to one class did not entitle those devisees to any part of the property devised to the others.

APPEAL FROM ESTILL CIRCUIT COURT.

Dcember 11, 1867.

OPINION OF THE COURT BY JUDGE ROBERTSON.

Through the testator certainly contemplated an equal division of his estate among his two classes of devisees yet, choosing, as he did, the specific property to be distributed to each subject to all contingencies, the emancipation of the slaves allotted to one class did not entitle those devises to any portion of the land devised to the other class, any more than the death of the slaves after the termination of the estate of the devise for life, would have entitled them to it. So far we concur with the circuit court.

We concur with that court also in the opinion that the personal property left at her death, by the legatee for life should be deemed her own absolutely, and which her administrator is entitled to hold for distribution among her legal distributees, or next of kin. The fact that he assumed the administration without objection implies an admission that it was hers, and fortifies the presumption arising from lapse of time and the perishable character of the property, that none of it was the specific property bequeathed to her for life.

8

And, there being no proof on this subject, we cannot assume that any of it was not her own acquisition by labor or purchase.

As to the essential matters of litigation we therefore approve the judgment of the circuit court.

Nor is there, in our opinion, any such substantial error in the judgment for costs as to require a reversal on that ground. While there may be some slight deviation from technical right in the distribution of costs, it seems to us that nevertheless the judgment, as rendered approximates sufficiently, for substantial justice, an equitable distribution, all things properly considered.

Wherefore the judgment is affirmed, both on the original and cross-appeal.

*Harlan, for Appellant.*